UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLOBAL MEDIA NETWORK,<br><br>                    Plaintiff,<br><br>     -against-<br><br>YOUTUBE MUSIC,<br><br>                    Defendant. | 25 CIVIL 0397 (LTS)<br><br>CIVIL JUDGMENT |

    For the reasons stated in the March 19, 2025, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  March 21, 2025
          New York, New York

                                                /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                          Chief United States District Judge